

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 3, 2025**

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **IN RE:** | |
| **Courtney Michelle Linton**<br>xxx-xx-**9549**<br>2103 Long Forest Rd.<br>Heartland, TX 75126<br><br>Debtor | **Case No.:**   25-33152-sgj13<br><br>**Chapter:**   13 |
| **Doug Witt**<br>Movant,<br><br>v.<br><br>**Courtney Michelle Linton, Debtor; and Thomas Powers, Trustee**<br><br>Respondents | |

### ORDER TERMINATING 11 U.S.C. §362 AUTOMATIC STAY
_____

On this day came on for consideration the MOTION OF DOUG WITT FOR RELIEF FROM AUTOMATIC STAY OF ACTION AGAINST PROPERTY PURSUANT TO 11 U.S.C. § 362, WAIVER OF THIRTY DAY REQUIREMENT PURSUANT TO § 362(e), AND

REQUEST FOR HEARING IN DALLAS, TEXAS (the "Motion") filed by Doug Witt Properties (the "Movant") in the above-referenced case.

The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure. The Court finds the Debtor filed a written response to the Motion stating the Debtor was unopposed to the Motion. Given the response and the allegations contained in the Motion the Court finds good cause exists for the entry of the following order. IT IS, THEREFORE, ORDERED that the Stay afforded by 11 U.S.C. §362 be terminated for the purpose of allowing Doug Witt to exercise rights with respect to proceeding with a forcible detainer suit against all Debtors.

IT IS FURHTER ORDERED that because the Motion was unopposed by any party, the fourteen (14) day period otherwise imposed by Fed R. Bankr. P. 4001(3) shall not be applicable to this Order.

**IT IS SO ORERED.**

### End of Order ###

L. Marc Girling
**Attorney for Movant**
6833 Coit Rd.
Suite 107
Plano, TX 75024
(972) 662-8870 (o)
Email: marc.girling@gmail.com


Christopher Marvin Lee
Reaves & Lee, PLLC
**Attorney for Debtor**
8701 W. Bedford Euless Road
Suite 510
Hurst TX 76053
469-646-8995
469-694-1059 (fax)
Email: ecf@leebankruptcy.com